**Order filed, July 24, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00234-CV

_____

**HARDRIDERS MOTORCYCLE CLUB ASSOCIATION, HARDRIDERS MOTORCYCLE CLUB FORT BEND COUNTY CHAPTER, HARDRIDERS CLUB GALVESTON COUNTY CHAPTER, HARDRIDERS CLUB LAFAYETTE CHAPTER, HARDRIDERS MOTORCYCLE CLUB BEAUMONT CHAPTER AND EFREM SEWELL, ET AL, Appellants**

**V.**

**HARDRIDERS, INC., WAVERLY NOLLEY AND SHANNON MAYFIELD, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37278**

---

## ORDER

The reporter's record in this case was originally due April 25, 2014. *See* Tex. R. App. P. 35.1. Carolyn Coronado has been granted three extensions of time

to file her portion of the record.  The last extension requested by Carolyn Coronado stated that she could file her portion of the record by July 22, 2014.  On that date, the record was not filed but another extension was requested.  The request states the record can be filed by August 20, 2014.  Because the reporter's record has not been filed timely, we issue the following order.

We order Carolyn Coronado to file her portion of the record in this appeal **on or before August 20, 2014**.  No further extension will be entertained absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c). If  Carolyn Coronado does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM